529 So.2d 687 (1988)
In re THE FLORIDA BAR RULES OF APPELLATE PROCEDURE.
Nos. 71643, 72262.
Supreme Court of Florida.
July 14, 1988.
Rutledge R. Liles, President, The Florida Bar, Jacksonville, Stephen N. Zack, President-elect, Joseph Nesbitt, President, Florida Conference of Dist. Court of Appeal Judges, Miami, George W. Hersey, President-elect, Florida Conference of Dist. Court of Appeal Judges, Larry Klein, Chairman, The Florida Bar Appellate Rules Committee, West Palm Beach, and John F. Harkness, Jr., Executive Director, The Florida Bar, Tallahassee, for petitioners.
PER CURIAM.
The Florida Bar Appellate Rules Committee has submitted for our consideration proposed amendments to the Florida Rules of Appellate Procedure pursuant to Rule of Judicial Administration 2.130. The Florida Conference of District Court Judges has, in a separate petition, requested that this Court amend Rule 9.300(d) to eliminate the tolling of time for motions filed in the district courts of appeal. The Appellate Rules Committee opposes the amendment suggested by the Conference and instead proposes an amendment to Rule 9.410. We have jurisdiction. Art. V, § 2(a), Fla. Const.
We approve the amendments originally proposed by the Appellate Rules Committee. We also accept the committee's proposal to amend Rule 9.410 in lieu of the Conference proposal. We are hopeful that the strengthening of the language of Rule 9.410 will alleviate any problems relating to frivolous motion practice.
The following is a brief explanation of the rule changes approved by this Court.
Rules 9.020(g), 9.330(a) and (b), and 9.340(b) have been amended to allow a party to move for certification of a question to the Florida Supreme Court based on conflict or question of great public importance, without also having to file a separate motion for rehearing.
Rule 9.030(b)(1)(B) has been amended to clearly reference all non-final orders prescribed in Rule 9.130.
Rule 9.100(c) has been amended to include petitions for review of non-final agency action as petitions which must be filed within thirty days of rendition of the order to be reviewed.
Rule 9.200(b)(2) has been amended to provide that a party designating the transcript can make additional copies of the transcript by his own method rather than having the court reporter make extra copies, and to assure that parties timely receive copies of the transcript.
Rule 9.310(c)(1) has been amended by deleting the requirement that bonds must be approved by the clerk of the court.
Rule 9.410 has been amended to provide for more specific sanctions when necessary.
Rule 9.900(d) has been amended to properly name the district court of appeal in this form.
Rule 9.900(g)II.5. has been amended so that the court reporter can indicate in the amended form whether the transcript will be completed in a timely manner or if an *688 extension is needed, without having to file a separate request for extension.
Appended to this opinion are the amended and new rules of the Florida Rules of Appellate Procedure. Deletions are indicated by the use of struck-through type. New language is indicated by underscoring. All rules and statutes in conflict with the following rules are hereby superseded as of the effective date of these rules. These amendments shall become effective January 1, 1989, at 12:01 a.m.
It is so ordered.
EHRLICH, C.J., and OVERTON, McDONALD, SHAW, BARKETT, GRIMES and KOGAN, JJ., concur.

APPENDIX

 1. Rule 9.020 is amended as follows:
 Rule 9.020 Definitions
 ... .
 (g) Rendition (of an order): the filing of a
 signed, written order with the clerk of the lower
 tribunal. Where there has been filed in the lower
 tribunal an authorized and timely motion for new
 trial or rehearing, certification, to alter or
 amend, for judgment in accordance with prior motion
 for directed verdict, notwithstanding verdict, in
 arrest of judgment, or a challenge to the verdict,
 the order shall not be deemed rendered until
 disposition thereof.
 2. Rule 9.030 is amended as follows:
 Rule 9.030 Jurisdiction of Courts
 ... .
 (b) Jurisdiction of District Courts of Appeal.
 (1) Appeal Jurisdiction. District courts of
 appeal shall review, by appeal:
 ... .
 (B) non-final orders of circuit courts as
 prescribed by Rule 9.130(a)(3);
 3. Rule 9.100 is amended as follows:
 Rule 9.100 Original Proceedings
 ... .
 (c) Exceptions; Petitions for Common
 Law Certiorari and Review of Non-final
 Administrative Action. A petition for common law
 certiorari or for review of non-final
 administrative action shall be filed within 30
 days of rendition of the order to be reviewed. A
 copy shall be furnished to the person (or
 chairperson of a collegial administrative agency)
 issuing the order.
 4. Rule 9.200 is amended as follows:
 Rule 9.200 The Record
 ... .
 (b) Transcript of Proceedings.
 ... .
 (2) Within 30 days of service of a designation,
 or within the additional time provided for under
 subsection (b)(3) of this rule, the court reporter
 shall transcribe and deliver to the clerk of the
 lower tribunal the designated proceedings and shall
 furnish copies as requested in the designation. If
 a designating party directs the court reporter to
 furnish the transcript to fewer than all parties,
 that designating party shall serve a copy of the
 designated portion of the transcript on the parties
 within 5 days of receipt from the court reporter.
 The transcript of proceedings shall be securely
 bound in volumes not to exceed 200 pages each. Each
 volume shall be prefaced by an index containing the
 names of the witnesses, a list of all exhibits
 offered and introduced in evidence, and the pages
 where each may be found.
 5. Rule 9.310 is amended as follows:
 Rule 9.310 Stay Pending Review
 ... .
 (c) Bond.
 (1) Defined. A good and sufficient bond is a bond
 with a principal and two personal sureties or one
 surety company authorized to do business in the
 State of Florida and approved by the clerk or
 judge of the lower tribunal.
 6. Rule 9.330 is amended as follows:
 Rule 9.330 Rehearing; Clarification;
 Certification
 (a) Time for Filing; Contents; Reply. A motion for
 rehearing or for clarification of decision, or for
 certification, may
*689 be filed within 15 days of an order or within such
 other time set by the court. A The motion for
 rehearing or clarification shall state with
 particularity the points of law or fact which the
 court has overlooked or misapprehended. The motion
 shall not re-argue the merits of the court's order. A
 reply may be served within 10 days of service of the
 motion.
 (b) Limitation. A party shall not file more than
 one such motion for rehearing or for clarification
 of decision and one motion for certification with
 respect to a particular decision.
 7. Rule 9.340 is amended as follows:
 Rule 9.340 Mandate
 ... .
 (b) Extension of Time for Issuance of Mandate. If a
 timely motion for rehearing or for clarification, or
 for certification, has been filed, the time for
 issuance of the mandate or other process shall be
 extended until 15 days after rendition of the order
 denying the motion or, if granted, until 15 days
 after the cause has been fully determined.
 8. Rule 9.410 is amended as follows:
 Rule 9.410 Sanctions
 After ten days' notice, on its own motion, from
 the court may impose sanctions for any violation of
 these rules, or for the filing of any proceeding,
 motion, brief or other paper which is frivolous or in
 bad faith. Such sanctions may include the following
 may be imposed for violation of these rules.
 reprimand, contempt, striking of briefs or pleadings,
 dismissal of proceedings, costs, attorney's fees or
 other sanctions.
 9. Rule 9.900 is amended as follows:
 Rule 9.900 Forms
 ... .
 (d) Notice to Invoke Discretionary Jurisdiction of
 Supreme Court.
 IN THE DISTRICT COURT OF APPEAL OF THE DISTRICT OF
 FLORIDA, DISTRICT
 CASE NO.
 ... .
 (g) Designation to Reporter.
 ... .
 II. Reporter's Acknowledgment
 ... .
 5. Transcript will be completedon
 oranextensionoftimeis needed until .
 DATE: 
 ___________________________
 Official Court Reporter
 5a. The transcript will be available within thirty
 (30) days of service of the foregoing designation and
 will be filed on or before the day
 of 19 .
 OR
 5b. For the following reason(s) the court reporter
 requests an extension of time of days for preparation
 of the transcript which will be filed on or before
 the day of 19 :
 .